AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

7741 019

| United States of America | ) |
|---|---|
| v. | ) |
| WYATT CLIFFORD FAIN | ) Case No. 2:24-cr-0189-JAD-DJA |
| Defendant | ) |

FILED _____  RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

AUG 20 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WYATT CLIFFORD FAIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 ~ Injury and Depredation of Government Property; and
18 U.S.C. § 2 ~ Aiding and Abetting

FILED _____  RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

AUG 23 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ RJDG DEPUTY

DEBRA K. KEMPI
CLERK

*signature*
(By) DEPUTY CLERK

08/20/24 Las Vegas, NV
DATE

---

### Return

This warrant was received on *(date)* 8/20/2024, and the person was arrested on *(date)* 8/23/2024
at *(city and state)* LAS VEGAS NV.

Date: 8/20/24

PT
Arresting officer's signature

FOR USMS
Printed name and title