UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WYATT CLIFFORD FAIN,

    Defendant.

Case No. 2:24-cr-00189-JAD-DJA

**ORDER**

    IT IS THEREFORE ORDERED that the reply deadline currently scheduled for Thursday, February 27, 2025, be vacated and continued to Thursday, March 6, 2025; or to a time and date convenient to the court.

    DATED this 24th day of February, 2025.

                              UNITED STATES DISTRICT JUDGE

3