UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WYATT CLIFFORD FAIN ET AL.,<br><br>  Defendant. | Case No. 2:24-cr-00189-JAD-DJA<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Time to File Rule 29 and Rule 33 Motion, that the Defendant's deadline to file motions is extended to April 30, 2025.

DATED this 22nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE