# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WYATT CLIFFORD FAIN ET AL.,<br><br>Defendants. | Case No.: 2:24-cr-00189-JAD-DJA<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of the parties' Stipulation to Extend Time to File Response to Defendants' Motion for Judgments of Acquittal, that the government's deadline to file a response be extended to May 21, 2025.

DATED this 19th day of May, 2025

_____
UNITED STATES DISTRICT JUDGE