UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>WYATT CLIFFORD FAIN ET AL.,<br><br>   Defendant. | Case No. 2:24-cr-00189-JAD-DJA<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendants' Request to Extend Time to File their Reply in Support of Rule 29 Motion, that the Defendants' deadline to file their reply is extended to June 6, 2025.

DATED this 2nd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE