# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WYATT CLIFFORD FAIN,<br><br>　　　　Defendant. | Case No. 2:24-cr-00189-JAD-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 8, 2025 at 1:30 p.m. and 2:30 p.m., be vacated and continued. The sentencing as to Defendant Fain is continued to September 8, 2025, at the hour of 10:00 a.m. The sentencing as to Defendant Cosper is continued to September 8, 2025, at the hour of 11:00 a.m.

　　DATED this 27th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3