UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WYATT CLIFFORD FAIN,<br><br>　　　　Defendant. | Case No. 2:24-cr-00189-JAD-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for September 8, 2025, at 10:00 a.m. and 11:00 a.m., be vacated and continued. The sentencing as to Defendant Fain is continued to October 27, 2025, at 1:30 p.m. and the sentencing as to Defendant Cosper is continued to October 27, 2025, at 2:00 p.m.

DATED this 3rd day of September, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3