# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00189-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| WYATT CLIFFORD FAIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 27, 2025, at 1:30 p.m. and 2:00 p.m., be vacated and continued. The sentencing as to defendant Fain is continued to November 13, 2025, at 10:00 a.m. and the sentencing as to defendant Cosper is continued to November 13, 2025, at 10:30 a.m.

DATED this 20th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE