**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WYATT CLIFFORD FAIN,

Defendant.

Case No. 2:24-cr-00189-JAD-DJA

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 15, 2026 at 1:30 p.m., be vacated and continued to September 28, 2026, at the hour of 10:00 a.m.

DATED this 11th day of September, 2026.

UNITED STATES DISTRICT JUDGE